UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| STEVEN CLIFFORD ENGER,<br><br>  Plaintiff,<br><br>  v.<br><br>Acting COMMISSIONER, SOCIAL SECURITY ADMINISTRATION<br><br>  Defendant. | Civil No. 2:22-CV-00598-MC<br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for disability insurance benefits and Supplemental Security Income benefits under Titles II and XVI of the Social Security Act be REVERSED AND REMANDED to the Commissioner of Social Security for a new decision by an administrative law judge (ALJ) pertaining to the period of February 17, 2016 through July 25, 2017.

Plaintiff may be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

IT IS SO ORDERED this   25th   day of   January  , 2023.

                                s/Michael J. McShane
                                _____
                                MICHAEL J. McSHANE
                                UNITED STATES DISTRICT JUDGE

Submitted by:

NATALIE K. WIGHT, OSB #035576
United States Attorney

RENATA GOWIE, TX #08239250
Civil Division Chief

s/ Heidi L. Triesch
HEIDI L. TRIESCH
Special Assistant United States Attorney
of Attorneys for Defendant
(206) 615-3748